IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00113-PSF-BNB

GARY'S AUTO SERVICE, LLC; and
LORI ROXBURY,

    Plaintiffs,

v.

SINCLAIR OIL CORPORATION; and
JOHN DOE, yet to be named individual,

    Defendant.

---

## ORDER GRANTING MOTION TO ALLOW FIRST AMENDED COMPLAINT

---

The Court, having reviewed Plaintifs' Motion to Allow First Amended Complaint and Jury Demand (Dkt. # 39), filed May 16, 2006, and no opposition thereto having been filed as of this date, and being fully advised of the premises, hereby GRANTS the motion and ORDERS that the Plaintiffs' First Amended Complaint and Jury Demand be allowed in accordance with F.R.Civ.P. 15.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u> in the proper format will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: June 14, 2006        BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge