IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00113-PSF-BNB

GARY'S AUTO SERVICE, LLC, and
LORI ROXBURY,

Plaintiffs,

v.

SINCLAIR OIL CORPORATION, and
JOHN DOE, yet to be named individual,

Defendants.
_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **June 30, 2006**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 16, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge